UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 1440 MAIN LLC,<br><br>      Plaintiff<br><br>v.<br><br>SURMAC, INC.,<br><br>      Defendant | CIVIL ACTION NO. |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

  Pursuant to 28 U.S.C. §§1441 and 1446, the defendant, Surmac, Inc., hereby gives notice of the removal to this Court of an action brought against it by the plaintiff, 1440 Main LLC, which was filed in the Commonwealth of Massachusetts, Middlesex Superior Court, Civil Action No. 2281CV02111.  As grounds for this removal, the defendant states as follows:

  1. The plaintiff filed a Complaint in Middlesex Superior Court on or about May 5, 2022 (the "Complaint") against the defendant.  The Complaint was served on Surmac, Inc., or about June 3, 2022.  Copies of the Civil Action Cover Sheet and the Complaint are attached hereto as Exhibit A.

  2. Upon information and belief, plaintiff is a Massachusetts limited liability company with a usual place of business located at 175 Ward Hill Avenue, Haverhill, Massachusetts.

3. Defendant, Surmac, Inc., is a Texas corporation with a usual place of business located at 17332 Bell North Drive, Schertz, Texas.

4. Plaintiff's action is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 and is one which the defendant is entitled to remove to this Court pursuant to 28 U.S.C. §§1441 and 1446 because the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Specifically, according to the Civil Action Cover Sheet and Complaint filed in Superior Court, plaintiff seeks in excess of $232,922.85 to compensate it for its alleged property damages to date and alleges an M.G.L. c.93A claim. *See* Exhibit A attached hereto.

5. A true and correct copy of this Notice of Removal will be filed with the Clerk of the Commonwealth of Massachusetts Superior Court Department of the Trial Court, Middlesex County, as provided by law.

6. Written notice of the filing of this Notice of Removal will be given to the plaintiff as required by law.

Signed pursuant to Fed. R. Civ. P. 11 this 8th day of June, 2022.

        SURMAC, INC.
        By its attorney,


        /s/ Anthony V. Agudelo
        Anthony V. Agudelo, BBO No. 642260
        agudelo@sugarmanrogers.com
        Sugarman, Rogers, Barshak & Cohen, P.C.
        101 Merrimac Street, 9th Floor
        Boston, MA  02114
        (617) 227-3030

## CERTIFICATE OF SERVICE

      I, Anthony V. Agudelo, hereby certify that on the above date, I served the within document by mailing a copy of the same, postage prepaid, to the following counsel of record:

Stephen F. Gordon, Esquire
Todd B. Gordon, Esquire
Robert A. DiSorbo, Esquire
Kevin A. Robinson, Esquire
The Gordon Law Firm LLP
57 River Street
Wellesley, MA  02481

      /s/ Anthony V. Agudelo
      Anthony V. Agudelo

4873-3919-5937, v. 1